UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:25-cr-37

vs.

DAVONTAE HALL,                             District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 24); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 20); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 20) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with being a felon in possession of a firearm, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(8). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

       **IT IS SO ORDERED.**

       <u>August 13, 2025</u>                                              s/<u>*Michael J. Newman*</u>
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge